THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARY HALL, Appellant.

(Submitted October 10, 1935; decided October 25, 1935.)

*Sol Rubin* for appellant.

*Walter H. Ferris, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH LOUGHRAN and FINCH, JJ. Not sitting: HUBBS, J.